NO. 07-02-0428-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E 

JANUARY 21, 2003

______________________________

IN THE INTEREST OF VICTORIA 

ASHLEY LE AND MEGAN DANIELLE LE

_________________________________

FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 91-535,384; HON. JIM B. DARNELL, PRESIDING 

_______________________________

Before JOHNSON, C.J., QUINN, J. and BOYD, S.J.
(footnote: -6)
 ON MOTION TO DISMISS

Appellant Vy Le filed a motion to dismiss this appeal because he longer desires to prosecute it.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

   Justice

FOOTNOTES
-6:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2002).